v.

COMMONWEALTH of Pennsylvania, DE-
PARTMENT OF TRANSPORTATION,
BUREAU OF DRIVER LICENSING,
Petitioner.

Supreme Court of Pennsylvania.

April 1, 1998.

Timothy P. Wile, Harrisburg, for petition-
er.

■

COMMONWEALTH of Pennsylvania, DE-
PARTMENT OF TRANSPORTATION,
BUREAU OF DRIVER LICENSING,
Petitioner,

v.

Larry A. PRESNAR, Respondent.

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Harrisburg, for petition-
er.

AND NOW, this 31st day of March, 1998,
the petition for allowance of appeal is denied
in accordance with this Court's decision in
*Sullivan v. Commonwealth of Pennsylvania,
Department of Transportation, Bureau of
Driver Licensing,* No. 23 W.D. Appeal Dock-
et 1997, decided February 26, 1998, —— Pa.
——, —— A.2d —— (1998).